**EDGEHILL NEWPORT, INC.**

v.

**NEW ENGLAND ALCOHOLISM TREAT-MENT AND EDUCATIONAL PRO-GRAMS, INC. et al.**

No. 83-274-M.P.

Supreme Court of Rhode Island.

July 21, 1983.

Edward L. Maggiacomo, Adler, Pollack & Sheehan, Robert D. Wieck, Providence, for petitioner.

Edward P. Manning, Manning, West, Santaniello & Pari, Providence, Joseph G. Miller, Warwick, for respondent.

### ORDER

The petition for writ of certiorari is denied.

J. Renn Olenn, Olenn & Penza, Providence, for respondent.

### ORDER

The defendant in this case moves to dismiss the plaintiff's appeal on the grounds that the issue on appeal was decided by this court in *Theodore W. Paola v. Commercial Union Assurance Companies,* No. 81–166–A, (R.I., filed June 30, 1983). After carefully reviewing this matter, we conclude that our opinion in *Paola* is dispositive of the issue raised herein.

Accordingly, the plaintiff's appeal is denied and dismissed, the judgment appealed from is affirmed, and the case is remanded to the Superior Court.

**Winifred SACCOCCIO**

v.

**METROPOLITAN PROPERTY AND LIABILITY INSURANCE COMPANY.**

No. 82-506-A.

Supreme Court of Rhode Island.

July 21, 1983.

Lauren E. Jones, Providence, for petitioner.

**STATE**

v.

**Peter COELHO.**

No. 83-363-M.P.

Supreme Court of Rhode Island.

July 21, 1983.

Robert B. Mann, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

### ORDER

The petition for writ of certiorari is denied as interlocutory.